# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20 CV 1947 MTS |
| | ) | |
| TRANS UNION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On January 22, 2021, the Court denied Plaintiff's motion for leave to proceed in forma pauperis and dismissed his complaint pursuant to 28 U.S.C. § 1915(g). Doc. [3]. The Court noted in the Order that Plaintiff accrued three strikes as of December 21, 2020.[1] It appears, however, that Plaintiff signed and dated the instant action on December 20, 2020, before accruing the third strike. Therefore, the Court will vacate its dismissal of Plaintiff's complaint, and direct the Clerk of Court to reopen this case.

Accordingly,

**IT IS HEREBY ORDERED** that the 28 U.S.C. § 1915(g) dismissal entered on January 22, 2021 is **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reopen this case.

Dated this 27th day of January, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[1] The three cases are: (1) *Engel v. Governor of Missouri*, *et al.,* No. 1:20-cv-217-HEA (E.D. Mo. Dec. 15, 2020); (2) *Engel v. United States of America, et al.*, No. 4:20-cv-1742-MTS (E.D. Mo. Dec. 18, 2020); and (3) *Engel v. Missouri Courts, et al.,* No. 4:20-cv-1258-SPM (E.D. Mo. Dec. 21, 2020).