# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL,      ) | |
| )  | |
| Plaintiff,                      ) | |
| )  | |
| vs.                             ) | Case No. 4:20-cv-01947-MTS |
| )  | |
| TRANS UNION, *et al.*,           ) | |
| )  | |
| Defendants.                     ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Joseph Michael Devon Engel's Motion To Proceed in Forma Pauperis on Appeal, Doc. [17], in which Plaintiff seeks to proceed in forma pauperis on his appeal of this Court's dismissal of his claim without prejudice. Plaintiff failed to provide a certified copy of his prisoner account statement. *See* 28 U.S.C. § 1915(a)(2); *see also* Fed. R. App. P. App'x Form 4. That omission alone warrants denial of his Motion to Proceed in Forma Pauperis in this case. In addition, though, this Court already has concluded that Plaintiff's appeal would not be "taken in good faith," 28 U.S.C. § 1915(a)(3), which is another barrier to Plaintiff proceeding in forma pauperis on this appeal. *See* Doc. [13] at 8.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Joseph Michael Devon Engel's Motion To Proceed in Forma Pauperis on Appeal, Doc. [17], is **DENIED**.

Dated this 14th day of April, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE